Original - Court
1st copy - Plaintiff
2nd copy - Garnishee
3rd copy - Defendant

Approved, SCAO

| STATE OF MICHIGAN<br>U.S. District JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | GARNISHEE DISCLOSURE | CASE NO.<br>5:11-cv-13195 |
|---|---|---|

**Court address**

231 W. Lafayette Detroit, MI 48226

**Court telephone no.**

Plaintiff name, address, and telephone no. (judgment creditor)

United States of America

v

Defendant name, address, and telephone no. (judgment debtor)

Maurice Taylor
19946 Strasburg
Detroit, MI 48205-1636

FILED
OCT 0 2 2012
CLERK'S OFFICE DETROIT

Plaintiff's attorney, bar no., address, and telephone no.

Goodman & Poeszat, PLLC
20300 W. 12 Mile Rd Ste 201
Southfield, MI 48076
248 750 0500

Garnishee name and address

City of Detroit
2 Woodward Ave Room 124
Paymaster City County Building
Detroit, MI 48226

**SEE INSTRUCTIONS ON OTHER SIDE**

1. This disclosure is for a writ of garnishment issued on 09 20 2012 ___ and received by garnishee on 9-27-12 ___.
   - ☑ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on 9-27-12 ___.
   - ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:

**Nonperiodic Garnishments**
   - ☐ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason:_____
   - ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

   _____   _____
   Description of property, money, negotiable instruments, etc. under garnishee's control   Type of account and account number, if applicable
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   - ☐ c. Withholding is exempt because _____
     State the exemption and legal authority

**Periodic Garnishments**
   - ☑ d. The garnishee is not obligated to make periodic payments to the defendant during the 91-day period.
     Reason: ☐ not employed. ☐ other Terminated last worked 12-6-2004
   - ☐ e. The garnishee is obligated to make periodic payments to the defendant during the 91-day period as follows.
     Payments are for ☐ earnings. ☐ nonearnings _____
     Specify nature of payment (see instructions on other side)

   Payments are made ☐ weekly. ☐ biweekly. ☐ semimonthly. ☐ monthly. ☐ other:_____
   frequency of payment

   A higher priority writ/order ☐ is ☐ is not currently in effect. If a higher priority writ/order is in effect, complete the following.

   _____   _____   _____   _____
   Name of court that issued higher priority writ/order   Case number   Date issued   Date served
   Withholding under this writ
   ☐ will begin immediately if sufficient funds are available.
   ☑ will not begin immediately because defendant is ☐ laid off. ☐ sick. ☐ on leave. ☐ other: Terminated
   specify 12-6-04

I declare that the statements above are true to the best of my information, knowledge, and belief.

9-27-12 _____        S. Johnson _____
Date                           Garnishee/Agent/Attorney signature

**I certify that:**

on 9-27-12 ___ I mailed or personally delivered the original of this disclosure to the court.
on 9-27-12 ___ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on _____ I mailed or personally delivered a copy of this disclosure to the defendant.

9-27-12 _____        S. Johnson _____
Date                           Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (5/09) **GARNISHEE DISCLOSURE**                    15 USC 1672, 15 USC 1673, MCR 3.101